# THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 23-50819
John C Gordon )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) **341 MEETING OF CREDITORS**
) **CANNOT BE CONCLUDED**

    Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby states that the 341 Meeting of Creditors has been adjourned to 06/04/2025 8:30 a.m. for the following reason(s).

| | |
|---|---|
| _____ Rescheduled by Attorney | _____ Plan is not feasible |
| _____ Budget must be ameneded | _____ Plan must be amended |
| _____ Tax Returns Not provided | _____ Paystubs not provided |
| _____ Financial Statements not provided | _____ Auto insurance not provided |
| _____ Homeowner's Insurance not provided | _____ Chapter 13 payment |
| _____ Means Test needs amended | _____ Pending outcome of Motion to Dismiss |

- NEED ALL PAGES OF 2024 TAX RETURN
- NEED BUSINESS 2024 TAX RETURN
- OBJECTION FILED BY DEBTOR TO CLAIM #4

    Failure to resolve <u>all</u> items checked by the adjourned date will result in the Trustee requesting the court to dismiss the case.

                                                     Keith L. Rucinski, Chapter 13 Trustee
                                                     One Cascade Plaza, Suite 2020
                                                     Akron, OH 44308

        DAVID A MUCKLOW (via ECF)

cc:    John C Gordon
        860 Mesa Verde Drive
        Barberton, OH 44203
        (via Regular Mail)

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072