**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT AKRON**

| | |
|---|---|
| **In re:** ) | Case No. 23-50819 |
| ) | |
| ) | Chapter 13 Proceedings |
| **John C. Gordon,** ) | |
| ) | Judge Alan M. Koschik |
| **Debtor(s)** ) | |
| ) | **WITHDRAW OF OBJECTION** |
| ) | **TO CLAIM NO. 4-1** |
| ) | |
| ) | |
| ) | |

Now comes John C. Gordon, the Debtor by and through his attorney, David A. Mucklow, and respectfully withdraws the Debtor's Objection to Claim No. 4-1 filed by Byline Bank, Docket No. 46, filed on January 17, 2025.

                Respectfully submitted:

                /s/ David A. Mucklow
                DAVID A. MUCKLOW (#0072875)
                Attorney for the Debtors
                919 E. Turkeyfoot Lake Road, Suite B
                Akron, OH 44312
                Phone (330) 896-8190
                Fax (330) 896-8201
                davidamucklow@yahoo.com

# CERTIFICATE OF SERVICE

I certify that on or about 14th day of May, 2025 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

Keith Rucinski    efilings@ch13akron.com

United States Trustee    (Registered address)@usdoj.gov

Michael P. Harvey    mpharveyco@aol.com

I certify on or about 14th day of May, 2025 that a true and correct copy of the foregoing was sent via U.S. regular mail or certified mail to the persons listed below.

John C Gordon
860 Mesa Verde Drive
Barberton, OH 44203

Byline Bank
Attn: Corporate Officer
10 N. Martingale Rd.
Schaumburge, IL 60173

Byline Bank
Attn: Corporate Officer
180 N. LaSalle Street, Suite 300
Chicago, IL 60601

/s/ David A. Mucklow
David A. Mucklow, #0072875